

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00529-CV

Isabel **MARTINEZ**,
Appellant

v.

Ana **LITOFSKY** and Michael Litofsky,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05367
Honorable John Francis Davis, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: October 23, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by September 4, 2019. Because the brief was not timely filed, appellant was ordered to show cause in writing by September 30, 2019, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order. Accordingly, the appeal is dismissed for want of prosecution. *See id*.

PER CURIAM